UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                          Case No. 11-40915

VONCHELLE T TOMPKINS

Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/07/2011.

2) The plan was confirmed on 12/09/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/15/2013.

5) The case was dismissed on 11/08/2013.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 27.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,000.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,730.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,730.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,154.08 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $147.18 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,301.26

Attorney fees paid and disclosed by debtor:     $345.92

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVOCATE MEDICAL GROUP | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,100.00 | 3,952.19 | 3,952.19 | 242.53 | 0.00 |
| ASPIRE VISA | Unsecured | 313.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Unsecured | 566.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 1,125.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 735.00 | 940.07 | 940.07 | 57.69 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| CONSERVICE | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| CONSUMERS COOPERATIVE CU | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| CONSUMERS COOPERATIVE CU | Unsecured | 3,308.00 | NA | NA | 0.00 | 0.00 |
| CONSUMERS COOPERATIVE CU | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| CONSUMERS COOPERATIVE CU | Unsecured | 2,959.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS INC | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL CREDIT CARD | Unsecured | 432.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES CREDIT UNION | Unsecured | 3,105.00 | NA | NA | 0.00 | 0.00 |
| HARBOR LAKE APARTMENTS | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| HIGHLIGHTS MATHMANIA | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 306.00 | NA | NA | 0.00 | 0.00 |
| HUNTER WARFIELD | Unsecured | 2,471.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| KIDS DENTIST | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY ACUTE CARE LLP | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| LEGACY VISA | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 323.00 | 315.89 | 315.89 | 19.39 | 0.00 |
| MIDWAY EMERGENCY PHYSICIANS | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MIDWAY EMERGENCY PHYSICIANS | Unsecured | 654.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 182.00 | 364.50 | 364.50 | 22.37 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| SALUTE VISA GOLD | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| SCHOLASTIC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 760.00 | 1,113.27 | 1,113.27 | 68.32 | 0.00 |
| TCF BANK | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE MASTER CARD | Unsecured | 588.00 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 1,480.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 606.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 390.00 | 300.52 | 300.52 | 18.44 | 0.00 |
| USA PAYDAY LOANS | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| UTBCRDSVCS | Unsecured | 381.00 | NA | NA | 0.00 | 0.00 |
| VERITAS INSTRUMENT REN | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| VERITAS INSTRUMENT REN | Unsecured | 347.00 | NA | NA | 0.00 | 0.00 |
| VISTA IMAGING ASSOC | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER EAST | Unsecured | 3,773.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$6,986.44** | **$428.74** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,301.26 |
| Disbursements to Creditors | $428.74 |
| **TOTAL DISBURSEMENTS** : | **$3,730.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/10/2014                             By: /s/ Glenn Stearns
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**